# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STEVENS E. MOORE

VERSUS

THE MOST WORSHIPFUL PRINCE
HALL GRAND LODGE FREE AND
ACCEPTED MASONS FOR THE
STATE OF LOUISIANA AND ITS
JURISDICTIONS, INCORPORATED

NO.  2020 CW 0998

**DECEMBER 7, 2020**

---

In Re:    The Most Worshipful Prince Hall Grand Lodge Free and
          Accepted Masons for the State of Louisiana and its
          Jurisdictions, Incorporated, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 641361.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT